## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED MERCHANT SERVICES OF CA, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHAUN STACKS PHOTOGRAPHY, LLC, et al.<br><br>                    Defendants. | Case No. 1:24-cv-00481-JLT-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE TO DECEMBER 3, 2024<br><br>(ECF No. 6) |

Plaintiff filed this action on April 23, 2024. (ECF No. 1.) A scheduling conference is currently set for October 10, 2024. (ECF No. 3.) Because Plaintiff has not returned service documents for either Defendant in this action, the Court issued an order on September 6, 2024 requiring that Plaintiff provide a status report regarding service. (ECF No 5.) On September 11, 2024, Plaintiff informed the Court that it has been unable to effectuate personal service on either Defendant. (ECF No. 6.) Plaintiff proffers it intends to proceed with substituted service and anticipates service will be completed by October 11, 2024. Plaintiff therefore requests an extension of time to complete service on both defendants pursuant to Fed. R. Civ. P. 4(m). This is Plaintiff's first requested extension.

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

1  Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend
2  the time for service for an appropriate period."  Id.

3        Here, the Court finds good cause to extend the deadline to effectuate service and will
4  continue the mandatory scheduling conference to accommodate the extension.  Fed. R. Civ. P
5  4(m); Fed. R. Civ. P. 16(b).

6        Accordingly, IT IS HEREBY ORDERED that:

7      1.    Plaintiff's request for an extension of time to complete service (ECF No. 6) is
8          GRANTED;

9      2.    The deadline for Plaintiff to complete service on Defendants shall be extended to
10          **October 11, 2024**;

11      3.    Upon service of one or both Defendants, Plaintiff shall promptly file proofs of
12          service of the summons and complaint, so the Court has a record of service;

13      4.    The scheduling conference currently set for October 10, 2024, is CONTINUED to
14          **December 3, 2024**, at **1:30 p.m.** in **Courtroom 9**; and

15      5.    The parties shall file a joint scheduling report **seven (7) days** prior to the
16          scheduling conference.

17
18  IT IS SO ORDERED.

19  Dated:  **September 11, 2024**

                                        UNITED STATES MAGISTRATE JUDGE