# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED MERCHANT SERVICES OF CA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAUN STACKS PHOTOGRAPHY, LLC, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00481-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING DEFENDANTS AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 20, 2024**<br><br>(ECF No. 7) |

On April 23, 2024, Plaintiff commenced this action. (ECF No. 1.) On September 11, 2024, the Court granted an extension of time to complete service, which Plaintiff effectuated on September 24, 2024. (ECF Nos. 7, 8.) A scheduling conference is currently set for December 3, 2024. (ECF No. 11.) However, Defendants Shaun Stacks Photography, LLC and Shaun Michael Gonzales have not appeared, and Plaintiff has not moved for entry of default.

Accordingly, IT IS HEREBY ORDERED that, **on or before November 20, 2024**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendants to appear in this action; or whether Plaintiff will be seeking default against Defendants prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2