# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED MERCHANT SERVICES OF CA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHAUN STACKS PHOTOGRAPHY, LLC, et al. <br><br> Defendants. | Case No. 1:24-cv-00481-JLT-SAB <br><br> ORDER DISCHARGING NOVEMBER 21, 2024 ORDER TO SHOW CAUSE; ORDER SETTING DEADLINE TO FILE MOTIONS TO EXTEND TIME TO SERVE DEFENDANTS OR SEEK ALTERNATIVE SERVICE METHODS <br><br> (ECF Nos. 11, 12) <br><br> **DECEMBER 6, 2024 DEADLINE** |

On April 23, 2024, Plaintiff filed this action alleging breach of contract and breach of personal guaranty against Defendants Shaun Stacks Photography, LLC and Shaun Michael Gonzales. (ECF No. 1.) The initial scheduling conference was set for October 10, 2024. (ECF No. 3.) On September 6, 2024, the Court ordered that Plaintiff file a notice regarding status of service on Defendants as neither had appeared and Plaintiff had not filed proof of service. (ECF No. 5.) On September 11, 2024, Plaintiff requested, and the Court granted, a thirty day extension of time to serve defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 6, 7.) The Court reset the scheduling conference for December 3, 2024 and ordered that Plaintiff complete service on Defendants by October 11, 2024. (ECF No. 7.) On September 26, 2024, Plaintiff filed proof of service on Defendants, representing service was effectuated on September 24, 2024 and Defendants' responses were due on October 15, 2024. (ECF No. 8.)

1    Because Defendants had not appeared and Plaintiff had not requested entry of default, the
2 Court issued an order on November 13, 2024, again prompting Plaintiff for the status of the
3 action and the parties' readiness for the scheduling conference. (ECF No. 9.)

4    On November 20, 2024, Plaintiff filed a status report proffering that it is not prepared for
5 a scheduling conference because it has been unable to serve defendants. (ECF No. 10.) Plaintiff
6 requested additional time to file motions to serve Defendants via publication and through the
7 California Secretary of State. Plaintiff stated it expected to file the applicable motions no later
8 than November 27, 2024. Plaintiff stated it would also simultaneously attempt to serve
9 Defendants through the Fresno County Sheriff.

10    On November 21, 2024, the Court issued an order to show cause why sanctions should
11 not issue for failing to comply with the Court's September 11, 2024 order (ECF No. 7 ) and why
12 this Court should not recommend dismissal of this action. (ECF No. 11.) The Court ordered that
13 Plaintiff file a response to the order to show cause no later than November 25, 2024. The Court
14 also ordered that any motion requesting an extension of time or leave for alternate manner of
15 service shall be filed no later than November 27, 2024.

16    On November 26, 2024, Plaintiff filed an untimely response to the Court's order to show
17 cause. (ECF No. 12.) Plaintiff contends is failure to timely file a response to the Court's order
18 to show cause was due to an internal calendaring error. Plaintiff explained it has experienced
19 continued problems serving Defendants, which Plaintiff surmises is due in part to one
20 defendant's pending criminal investigation in Fresno County. Plaintiff acknowledges that
21 despite filing a proof of service of a summons return on September 26, 2024, Plaintiff only
22 realized service was improper when it was preparing a response to the Court's November 20,
23 2024 request for readiness to proceed to the scheduling conference. Plaintiff requested that the
24 Court withhold sanctions and permit Plaintiff's counsel to effectuate service via alternative
25 service methods. Although Plaintiff's untimely response is not justified, the Court shall
26 discharge its November 20, 2024 order to show cause.

27    The Court ordered that any motion requesting an extension of time or leave for alternate
28 manner of service be filed no later than November 27, 2024. (ECF No. 11.) No motion for

service by publication, motion for alternative service, nor motion for an additional extension of time to serve Defendants pursuant to Rule 4(m) has been filed and the time by which Plaintiff was ordered to do so has passed.  However, Plaintiff's November 26, 2024 response indicates Plaintiff still intends to file a motion to effectuate service via alternative service methods.  (ECF No. 12.)  Unlike Plaintiff's previously proffered November 27, 2024 deadline, Plaintiff does not indicate when it will file its motions.  The Court shall allow Plaintiff one final opportunity to file a motion for service by publication or other alternative manner of service and/or a motion to extend time to complete service pursuant to Rule 4(m).

Accordingly, IT IS HEREBY ORDERED that any motion requesting an extension of time to serve defendants or motion for leave for alternate manner of service shall be filed **no later than December 6, 2024**.  <u>Failure to comply with this order will result in the recommendation that this action be dismissed without prejudice for failure to serve Defendants in compliance with Federal Rule of Civil Procedure 4(m) and failure to comply with previous court orders</u>.

IT IS SO ORDERED.

Dated:   **December 3, 2024**

STANLEY A. BOONE
United States Magistrate Judge