# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED MERCHANT SERVICES OF CA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN STACKS PHOTOGRAPHY, LLC, et al.<br><br>Defendants. | Case No. 1:24-cv-00481-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 14) |

Plaintiff filed this action on April 23, 2024. (ECF No. 1). On December 4, 2024, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a) or 41(c).[1] (ECF No. 14.) Given no counterclaim, crossclaim, or third-party claims have been filed in this action and Plaintiff indicates that it dismisses the action in its entirety, the Court construes the notice as a dismissal brought pursuant to 41(a).

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has

---

[1] Plaintiff filed a form notice of dismissal for the United States District Court in the Central District of California.

1

held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078. In this action, no defendant has filed an answer or other responsive pleading.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 4, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2